IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FARM CREDIT BUILDING, LLC,** <br> **and TODD HEISTAND,** | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 8:12CV44 |
| vs. | ) <br> ) | ORDER |
| **NORTH CENTRAL STATES REGIONAL** <br> **COUNCIL OF CARPENTERS,** | ) <br> ) <br> ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Stipulation for Dismissal (Filing No. 21).  The court finds that the parties' motion should be granted.

**IT IS ORDERED**:

1. The parties' Joint Stipulation for Dismissal (Filing No. 21) is granted.  The action is dismissed with prejudice, each party to bear its own costs.

2. The telephone conference previously scheduled for August 14, 2012, is canceled.

DATED this 29th day of June, 2012.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge